## DELGADO v. CHAPA. (No. 5414.)

(Court of Civil Appeals of Texas. San Antonio. Feb. 10, 1915. Rehearing Denied March 3, 1915.)

FORCIBLE ENTRY AND DETAINER ☞43—APPEAL—FINAL JUDGMENT.

A county court judgment dismissing a forcible entry and detainer case appealed to it from a justice's court, and for judgment for less than $100 against plaintiff and sureties on his appeal bond, is final under Rev. St. 1911, art. 3962, and is not reviewable on writ of error.

[Ed. Note.—For other cases, see Forcible Entry and Detainer, Cent. Dig. §§ 169–182; Dec. Dig. ☞43.]

Error from Cameron County Court; E. H. Goodrich, Judge.

Action by Federico Delgado against Refugio Chapa. There was a judgment of dismissal, and plaintiff brings error. Dismissed.

Webster & Green, of Brownsville, for plaintiff in error. Graham, Jones, West & Dancy and J. C. George, all of Brownsville, for defendant in error.

MOURSUND, J. Plaintiff in error seeks the revision of a judgment of the county court of Cameron county dismissing a case of forcible entry and detainer appealed to said court from the justice's court of precinct No. 2 of said county, and awarding judgment against plaintiff in error and the bondsmen on his appeal bond in favor of the officers of the court for all costs incurred upon the appeal. The judgment of the county court finally disposed of the cause and did not award damages in an amount exceeding $100. No appeal is permitted from such a judgment. Article 3962, R. S. 1911; Yarbrough v. Jenkins, 3 Willson, Civ. Cas. Ct. App. § ·464; Allen v. Hall, 25 Tex. Civ. App. 178, 60 S. W. 586; Lane v. Jack, 25 Tex. Civ. App. 496, 61 S. W. 422; Stein v. Stely, 32 S. W. 861; Kerlin v. Bassett, 152 S. W. 526.

As the judgment is final, this court has no jurisdiction of the writ of error proceeding, and the same is dismissed.